STATE v. MOORE

No. 556A90-4

Case below: Forsyth County Superior Court

Application by defendant for writ of habeas corpus denied 17 July 2001.

STATE v. RIDGEWAY

No. 273A01

Case below: 143 N.C. App. 186

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 July 2001.

STATE v. ROBERTS

No. 200A01

Case below: 142 N.C. App. 424

Petition by Attorney General for writ of supersedeas denied 19 July 2001. Motion by Attorney General to vacate judgment of Court of Appeals allowed 19 July 2001.

STATE v. SIMMONS

No. 276P01

Case below: 143 N.C. App. 186

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

STEWART v. SOUTHEASTERN REG'L MED. CTR.

No. 219P01

Case below: 142 N.C. App. 456

Petition by defendants (Michel C. Pare, Carolina Neurological Services, P.C., Thomas J. Meakem, M.D., Leroy Roberts, M.D., and Carolina Regional Radiology, P.A.) for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.